**Order entered July 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-09-01377-CV

### DARLENE C. BALISTRERI-AMRHEIN, Appellant

### V.

### AHI & INSPECTOR AARON D. MILLER, ET AL., Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01145-2008**

## ORDER

The Court has before it appellant's June 24, 2013 request that this Court not destroy the record of her case. The motion is **DENIED**. The record will be kept for the period of time required by law. *See* TEX. GOV'T CODE ANN. § 51.204(b)(2) (West 2005).

/s/    ELIZABETH LANG-MIERS
         JUSTICE